UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

JEREMY GRAHAM,                          )
                                        )
                                        )
                    Plaintiff,          )
                                        )     **JUDGMENT IN A CIVIL CASE**
v.                                      )     **CASE NO. 4:23-CV-100-D**
                                        )
                                        )
WAYNE COUNTY SHERIFF'S                  )
DEPARTMENT,                             )
                                        )
                                        )
                                        )
                    Defendant.          )

**Decision by Court.**


**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendant has not filed an amended complaint as allowed in the order entered August 11, 2023. Therefore, this case is closed.


**This Judgment Filed and Entered on September 20, 2023, and Copies To:**

Jeremy Graham                    (via US Mail to 902 Nelson Street, Kinston, NC 28501)




DATE: September 20, 2023              PETER A. MOORE, JR., CLERK


                                      (By)___/s/ Stephanie Mann_____

                                      Deputy Clerk